UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| Y.V.S., | § | |
| | § | |
| *Petitioner*, | § | |
| v. | § | |
| | § | |
| **CHAD F. WOLF,** *Acting Secretary, U.S. Dept of Homeland Security*, **WILLIAM BARR,** *U.S. Attorney General*, **MATTHEW T. ALBENCE**, *Deputy Director, U.S. Immigration and Customs Enforcement*, **COREY PRICE**, *Field Office Director, El Paso Field Office, ICE*, and **JOSE RENTERIA**, *Officer in Charge, El Paso Processing Center*, | § § § § § § § § § | EP-20-CV-00228-DCG |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

In view of Petitioner Y.V.S.'s "Notice of Voluntary Dismissal of Action" (ECF No. 11) filed pursuant to Federal Rule of Civil Procedure 41(a)(1) on August 24, 2020, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Petitioner Y.V.S. in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this __25th__ day of August 2020.

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**